# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES VILLAREAL, M22525,**

    **Plaintiff,**

v.

**C/O CONNER,**

    **Defendant.**

Case No. 24-cv-1453-SPM

## JUDGMENT IN A CIVIL ACTION

**MCGLYNN, District Judge:**

This matter having come before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice for failure to exhaust his administrative remedies prior to filing this lawsuit as is required by 42 U.S.C. § 1997e(a).

**DATED:**

    **MONICA A. STUMP,**
    **Clerk of Court**

    By: _s/Jo Ann Juengel_
        **Deputy Clerk**

**APPROVED:** _s/ Stephen P. McGlynn_
             **STEPHEN P. MCGLYNN**
             **United States District Judge**